# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  22-2296,    <u>Jeffrey Connaughton v. Gregory Milligan</u>
                      1:18-cv-02844-RDB

TO:
- Jeffrey J. Connaughton
- Nishant Shukla
- Barbara Louderback
- Ojas Patel
- Pulin Patel
- Tony Davis
- Rochelle Katz
- Dhaval Shukla
- Scott D. Oser

FILING CORRECTION DUE:

Please make the correction identified below and file a corrected document by the date indicated.

> [X] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.
>
> [X] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

Monica Miller is not a member of this court's bar <u>and</u> is not registered for electronic filing.

Emily Borneisen, Deputy Clerk
804-916-2704