# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2023

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No.  22-2296,     Jeffrey Connaughton v. Gregory Milligan
                  1:18-cv-02844-RDB

TO:   Jeffrey J. Connaughton
      Nishant Shukla
      Barbara Louderback
      Ojas Patel
      Pulin Patel
      Tony Davis
      Rochelle Katz
      Dhaval Shukla
      Scott D. Oser

REQUESTED FORM(S) DUE:  January 20, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

  [X] Appearance of counsel for Matthew Miller [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704