# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 22-2296,   <u>Jeffrey Connaughton v. Gregory Milligan</u>
               1:18-cv-02844-RDB

TO:
- Jeffrey J. Connaughton
- Nishant Shukla
- Barbara Louderback
- Ojas Patel
- Pulin Patel
- Tony Davis
- Rochelle Katz
- Dhaval Shukla
- Scott D. Oser

FILING CORRECTION DUE: January 18, 2023

Please make the correction identified below and file a corrected document by the date indicated.

[X] The docketing statement and disclosure form were signed by Monica Miller, who is not a member of this court's bar and does not have electronic filing privileges. **Please refile the docketing statement and disclosure form in the above noted appeal.**

Emily Borneisen, Deputy Clerk
804-916-2704